# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE, § | |
|     Plaintiff; § | CAFN: 1:20-CV-02817-ELR |
| § | |
| v. § | |
| § | |
| MOREHOUSE SCHOOL OF § | |
| MEDICINE, DR. VALERIE § | |
| MONTGOMERY RICE, DR. NGOZI § | |
| ANACHEBE, MARLA THOMPSON, § | |
| AND JOHN DOES 1-25, § | |
|     Defendants. § | |

## NOTICE OF APPEARANCE

COMES NOW, Odis Williams of The Law Office of Odis Williams P.C., and hereby enters his appearance as counsel for Plaintiff in the above captioned case. I will be serving as local counsel for Keith Altman who is contemporaneously filing his application for Pro Hac Vice admission before this Court with the Notice of Appearance.

Respectfully submitted,

Date: July 28, 2020.

                                     **THE LAW OFFICE OF ODIS WILLIAMS, P.C.**
                                           /s/ Odis Williams
                                     _____
                                           Odis Williams
                                           Georgia Bar No. 556272
                                           *Attorney for Plaintiff*

**The Law Office of Odis Williams, P.C.**
1640 Powers Ferry Road SE
Building 18, Suite 200
Marietta, GA 30067
Phone: 770.575.4466
Fax: 877.329.8359
Email: owilliams@odiswilliamspc.com
www.odiswilliamspc.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a true and correct copy of the within and Notice of Appearance on all Parties by use of the ECF Filing System. Any additional service will be made pursuant to the Federal Rules of Civil Procedure and as may be warranted by this Court.

Dated: July 28, 2020

**The Law Office of Odis Williams, P.C.**

/s/ Odis Williams
_____
Odis Williams
Ga Bar No. 556272