AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:20-CV-02817-ELR

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Michael Rambert, Esq. , who is designated by law to accept service of process on behalf of *(name of organization)* Morehouse School of Medicine
on *(date)* 10/05/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/05/2020

/s/ Odis Williams
*Server's signature*

Odis Williams, Esq. - Counsel for Plaintiff
*Printed name and title*

1640 Powers Ferry Road
Building 18, Suite 200
Marietta, GA 30067
*Server's address*

Additional information regarding attempted service, etc: