AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| JANE DOE <br><br> *Plaintiff(s)* <br><br> v. <br><br> MOREHOUSE SCHOOL OF MEDICINE ET AL. <br><br> *Defendant(s)* | Civil Action No. 1:20-CV-02817-ELR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Rambert, Esq.
Morehouse School of Medicine
720 Westview Drive SW
Atlanta, GA 30310

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Odis Williams
The Law Office of Odis Williams, P.C.
Building 18, Suite 200
Marietta, GA 30067
owilliams@odiswilliamspc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



JAMES N. HATTEN
*CLERK OF COURT*

Date: 10/6/2020

s/Jessica Kelley

*Signature of Clerk or Deputy Clerk*