IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANE DOE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:20-CV-02817-ELR |
| | * | |
| MOREHOUSE SCHOOL | * | |
| OF MEDICINE, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

# ORDER

Plaintiff filed her Complaint on July 6, 2020. [Doc. 1]. As of today, Plaintiff has not filed proof of service of process upon three (3) Defendants: Dr. Valerie Montgomery Rice, Dr. Ngozi Anachebe, and Marla Thompson (hereinafter, "the Individual Defendants"). No evidence in the record demonstrates that Plaintiff has properly served the Individual Defendants. Federal Rule of Civil Procedure 4(m) provides the following:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A).

Accordingly, within ten (10) days from the date of entry of this order, the Court **ORDERS** Plaintiff to either show that service has in fact been properly made on the Individual Defendants or explain why Plaintiff has been unable to serve the Individual Defendants. Plaintiff's failure to make such a showing will result in dismissal of this action without prejudice as to the Individual Defendants. The Court **DIRECTS** the Clerk to submit this case after expiration of the ten (10)-day period.

**SO ORDERED**, this 20th day of October, 2020.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia