**Keith Altman (*pro hac vice*)**
**The Law Office of Keith Altman**
**33228 West 12 Mile Road, Suite 375**
**Farmington Hills, MI 48334**
**(516)456-5885**
**kaltman@lawampmmt.com**

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **JANE DOE,** <br><br>      **PLAINTIFF,** <br><br> V. <br><br> **MOREHOUSE SCHOOL OF MEDICINE, et al.** <br><br>      **DEFENDANTS.** | Case No. : 1:20-cv-02817-ELR <br><br> Hon:   Eleanor L. Ross |

  **NOW COMES**, Plaintiff, by and through the Undersigned Counsel, and hereby respond to the Court's Order to Show Cause dated October 20, 2020 (ECF # 14).

  On October 2, 2020, Plaintiff served the complaint, two copies of a Rule 4 waiver form, and a self-addressed stamped envelope for the return of the Rule 4 form to each Defendant in the above-named manner via USPS Priority Mail. On October 5, 2020, the above was delivered to each Defendant with delivery confirmation. See Exhibit A, "Declaration of Keith Altman."

As of this response, Plaintiffs have not received a response to the Rule 4 waiver requests.

Given the current situation concerning the coronavirus, Defendants' responses may be delayed.

                Respectfully Submitted,

Dated: October 25, 2020
Farmington Hills, MI

Law Office of Keith Altman
By:   */s/ Keith Altman*
Keith Altman (*pro hac vice*)
30474 Fox Club Drive
Farmington Hills, MI 48331
(516) 456-5885
kaltman@lawampmmt.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

Undersigned hereby states that on October 25, 2020, he caused the foregoing document to be filed electronically with the United States District Court and that a copy of said document was sent to all counsel of record through the CM/ECF system.

*/s/ Keith Altman*