# EXHIBIT A

**Keith Altman (*pro hac vice*)**
**The Law Office of Keith Altman**
**33228 West 12 Mile Road, Suite 375**
**Farmington Hills, MI 48334**
**(516)456-5885**
**kaltman@lawampmmt.com**

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **JANE DOE,**<br><br>                    **PLAINTIFF,**<br><br>**V.**<br><br>**MOREHOUSE SCHOOL OF MEDICINE, et al.**<br><br>                    **DEFENDANTS.** | **Case No. :**     **1:20-cv-02817-ELR**<br>**Hon:**            **Eleanor L. Ross** |

### DECLARATION OF KEITH ALTMAN IN SUPPORT OF PLAINTIFF'S RESPONSE TO THE COURT'S ORDER OF OCTOBER 20, 2020 (ECF # 14)

Keith Altman, of full age, hereby certifies as follows:

1. My name is Keith Altman, and I am counsel in the above-named matter admitted *pro hac vice*.

2.  On October 2, 2020, I personally mailed a copy of the complaint, two copies of a completed Rule 4 waiver form, and a self-addressed stamped envelope to each named Defendant via United States Postal Service Priority Mail.

3.  Attached to this declaration is a true and correct copy of each package's tracking information, which I downloaded from Stamps.com.  I used Stamps.com as the platform for shipping through the United States Postal Service.

4.  On October 5, 2020, each package was delivered to Defendants.

5.  As of this date, responses have not been received by any Defendant.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated: October 25, 2020                          /s/ Keith Altman
                                                 Keith Altman, Esq.

## TRACKING INFORMATION DOWNLOADED FROM STAMPS.COM

| Print Date | Recipient | Origin Zip | Status | Tracking # | Date Delivered | Carrier | Class Service | Date Delivered |
|---|---|---|---|---|---|---|---|---|
| 10/2/2020 | Morehouse School of Medicine, Attn: Dr. Ngozi Anachebe 720 Westview Drive SW Atlanta, GA 30310-1458 | 48334 | Delivered | 9405511899564521280781 | 10/5/2020 | USPS | Priority Mail (R) | 10/5/2020 |
| 10/2/2020 | Morehouse School of Medicine Attn: Marla Thompson 720 Westview Drive SW Atlanta, GA 30310-1458 | 48334 | Delivered | 9405511899564521223719 | 10/5/2020 | USPS | Priority Mail (R) | 10/5/2020 |
| 10/2/2020 | Morehouse School of Medicine Attn: Dr. Valerie Montgomery Rice 720 Westview Drive SW Atlanta, GA 30310-1458 | 48334 | Delivered | 9405511899564521054597 | 10/5/2020 | USPS | Priority Mail (R) | 10/5/2020 |
| 10/2/2020 | Morehouse School of Medicine c/o Michael Rambert, General Counsel 720 Westview Drive SW Atlanta, GA 30310-1458 | 48334 | Delivered | 9405511899564521016878 | 10/5/2020 | USPS | Priority Mail (R) | 10/5/2020 |