# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| JANE DOE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:20-CV-02817-ELR |
| | * | |
| MOREHOUSE SCHOOL OF MEDICINE, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

**O R D E R**

Presently before the Court is Plaintiff's "Response to Order to Show Cause." [Doc. 15]. On October 20, 2020, the Court ordered Plaintiff to show cause as to why she had not submitted proof of service for three (3) Defendants: Dr. Valerie Montgomery Rice, Dr. Ngozi Anachebe, and Marla Thompson (hereinafter, "the Individual Defendants"). [Doc. 14]. Plaintiff responded to the Order on October 25, 2020, and attached an exhibit demonstrating that her counsel "served the complaint, two copies of a Rule 4 waiver form, and a self-addressed stamped envelope for the return of the Rule 4[(d)(1)] waiver form to each [of the Individual Defendants] via USPS Priority Mail." [See Doc. 15-1]; see also FED. R. CIV. P. 4(d)(1). The same exhibit shows that these documents were delivered by USPS to

the Individual Defendants on October 5, 2020.[1] [Id.] Upon review, the undersigned finds Plaintiff's response sufficient, and therefore, the Court's October 20, 2020 Order is **SATISFIED**. [Doc. 14].

**SO ORDERED**, this 4th day of November, 2020.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia

---

[1] Rule 4(d)(1)(F) provides that where, as here, a plaintiff serves a defendant with a Rule 4(d)(1) request to waive service of a summons, the plaintiff must "give the defendant a reasonable time of at least 30 days after the request was sent . . . to return the waiver." See FED. R. CIV. P. 4(d)(1)(F).