# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

JANE DOE,

      Plaintiff,

v.

MOREHOUSE SCHOOL OF MEDICINE, DR. VALERIE MONTGOMERY RICE, DR. NGOZI ANACHEBE, MARLA THOMPSON, AND JOHN DOES 1-25,

      Defendants.

CIVIL ACTION FILE NO.:

1:20-CV-02817-ELR

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Tanisha Pinkins with the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC enters her appearance as counsel for Defendants Morehouse School of Medicine, Inc., Dr. Valerie Montgomery Rice, Dr. Ngozi Anachebe, and Marla Thompson.

This the 25th day of November, 2020.

                      BAKER, DONELSON, BEARMAN,
                      CALDWELL & BERKOWITZ, P.C.

                      */s/ Tanisha Pinkins*
                      TANISHA PINKINS
                      GA Bar No. 686450

*Attorney for Morehouse School of Medicine, In.,c Dr. Valerie Montgomery Rice, Dr. Ngozi Anachebe, and Marla Thompson*

Monarch Plaza, Suite 1500
3414 Peachtree Road NE
Atlanta, GA 30326
Telephone:  (404) 589-3411
Facsimile:   (678) 406-8816
Email: tpinkins@bakerdonelson.com

## CERTIFICATION OF FONT

I hereby certify that the foregoing document has been prepared in 14-point Times New Roman font and complies with Local Rule 5.1(C), NDGA.

This 25th day of November, 2020.

                                */s/ Tanisha Pinkins*
                                TANISHA PINKINS

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

This 25th day of November, 2020.

                                BAKER, DONELSON, BEARMAN,
                                  CALDWELL & BERKOWITZ, P.C.

                                */s/ Tanisha Pinkins*
                                TANISHA PINKINS
                                GA Bar No. 686450

                                *Attorney for Morehouse School of Medicine, Inc., Dr. Valerie Montgomery Rice, Dr. Ngozi Anachebe, and Marla Thompson*

Monarch Plaza, Suite 1500
3414 Peachtree Road NE
Atlanta, GA 30326
Telephone: (404) 589-3411
Facsimile: (678) 406-8816
Email: tpinkins@bakerdonelson.com