IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE, | |
| Plaintiff, | CIVIL ACTION FILE NO.: |
| v. | 1:20-CV-02817-ELR |
| MOREHOUSE SCHOOL OF MEDICINE, DR. VALERIE MONTGOMERY RICE, DR. NGOZI ANACHEBE, MARLA THOMPSON, AND JOHN DOES 1-25. | |
| Defendants. | |

**ORDER ON MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Before the Court is Defendants Morehouse School of Medicine, Dr. Valerie Montgomery Rice, Dr. Ngozi Anachebe, and Marla Thompson's (hereinafter "Defendants") Motion for Extension of Time to Answer or Otherwise Respond to Complaint. Upon due consideration and for good cause shown, it is hereby,

ORDERED and ADJUDGED that:

1. Defendants' Motion is GRANTED.

2. Defendants shall have up to and through December 18, 2020 to Answer, Respond, or otherwise plead to Plaintiff's Complaint.

DONE AND ORDERED in Chambers this _____ day of December, 2020.

2

_____
JUDGE ELEANOR L. ROSS