IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANE DOE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:20-CV-02817-ELR |
| | * | |
| MOREHOUSE SCHOOL | * | |
| OF MEDICINE, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

_____

**O R D E R**

_____

Presently before the Court is Defendants Morehouse School of Medicine, Dr. Valerie Montgomery Rice, Dr. Ngozi Anachebe, and Marla Thompson's "Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint." [Doc. 18]. By their motion, Defendants request that the deadline for them to answer, respond, or otherwise respond to Plaintiff's Complaint be extended through December 18, 2020. [Id.] Additionally, Defendants represent that they have consulted with Plaintiff's counsel and that Plaintiff does not oppose such an extension. [Id.]

For good cause shown and noting no opposition, the Court **GRANTS** Defendants' Motion for Extension of Time to Answer or Otherwise Respond to

Plaintiff's Complaint."  [Doc. 18].  Defendants shall have through December 18, 2020, to answer, respond, or otherwise respond to Plaintiff's Complaint.

**SO ORDERED**, this 7th day of December, 2020.

*[signature]*
Eleanor L. Ross
United States District Judge
Northern District of Georgia