IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JANE DOE,

       Plaintiff,

v.

MOREHOUSE SCHOOL OF
MEDICINE, DR. VALERIE
MONTGOMERY RICE, DR. NGOZI
ANACHEBE, MARLA THOMPSON,
AND JOHN DOES 1-25.

       Defendants.

CIVIL ACTION FILE NO.:

1:20-CV-02817-ELR

## **ORDER**

THIS MATTER is before the Court upon the Parties' Joint Motion to Stay All Proceedings. Upon due consideration and for good cause shown, it is hereby

ORDERED and ADJUDGED that:

(1) The Motion is GRANTED;

(2) This action is stayed in its entirety up to and through March 17, 2021. If the Parties efforts to settle the claims in this case are unsuccessful, Defendants will have fourteen (14) days after the stay ends to respond to the Complaint.

DONE AND ORDERED in Chambers this \_\_\_\_\_ day of December, 2020.

_____
JUDGE ELEANOR L. ROSS
U.S. DISTRICT JUDGE