IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JANE DOE,

      Plaintiff,                      CIVIL ACTION FILE NO.:

v.                                      1:20-CV-02817-ELR

MOREHOUSE SCHOOL OF
MEDICINE, DR. VALERIE
MONTGOMERY RICE, DR. NGOZI
ANACHEBE, MARLA THOMPSON,
AND JOHN DOES 1-25.

      Defendants.

**ORDER**

THIS MATTER is before the Court on the Defendants' Motion for Additional Time to Respond to the Complaint. Upon due consideration and for good cause shown, it is hereby

ORDERED and ADJUDGED that:

(1) The Motion is GRANTED;

(2) As the Parties work through potential resolution of this case, the Defendants have an additional 21 days or until through and including January 8, 2021 to file their responses to the Complaint.

DONE AND ORDERED in Chambers this ____day of December, 2020.

                                                            _____
                                                            JUDGE ELEANOR L. ROSS
                                                            U.S. DISTRICT JUDGE