IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANE DOE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:20-CV-02817-ELR |
| | * | |
| MOREHOUSE SCHOOL | * | |
| OF MEDICINE, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

**O R D E R**

Presently before the Court is Plaintiff Jane Doe and Defendants Morehouse School of Medicine, Dr. Valerie Montgomery Rice, Dr. Ngozi Anachebe, and Marla Thompson's "Joint Motion to Stay Proceedings." [Doc. 21]. By their motion, the Parties request a stay of all proceedings in this matter for ninety (90) days because they are "actively working to resolve the claims in this litigation . . . through a potential settlement" and "are also actively discussing the potential dismissal of the individual defendants." [Id. at 1–2].[1]

---

[1] The Court notes that no Defendant has yet filed an answer or otherwise responded to the Complaint in this action.  [See Doc. 19] (granting unopposed motion for extension of time to answer or otherwise respond).  Additionally, discovery has not yet commenced.

Upon review, the Court **DENIES** the Parties' motion. [Doc. 21]. Instead of staying the case, the Court will direct the Clerk to administratively close the case. Importantly, administrative closure does not prejudice the rights of any party to this litigation. A party need only file a motion to reopen the case if they so choose.

Accordingly, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. The Parties shall file a stipulation of dismissal upon finalization of the requisite documents. If settlement fails, the Parties should promptly move to reopen the case.

**SO ORDERED**, this 22nd day of December, 2020.

*/s/ Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia