IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANE DOE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:20-CV-02817-ELR |
| | * | |
| MOREHOUSE SCHOOL OF MEDICINE, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

**O R D E R**
_____

Presently before the Court is Defendants Morehouse School of Medicine, Dr. Valerie Montgomery Rice, Dr. Ngozi Anachebe, and Marla Thompson's "Motion for Additional Time to Respond to Complaint." [Doc. 22]. In light of the Court's Order issued earlier today [Doc. 23] regarding the Parties' "Joint Motion to Stay Proceedings" [Doc. 21], the Court **DENIES AS MOOT** Defendants' instant motion. [Doc. 22].

**SO ORDERED**, this 22nd day of December, 2020.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia