**Keith Altman, Esq. (*pro hac vice*)**
**The Law Office of Keith Altman**
**33228 West 12 Mile Road, Suite 375**
**Farmington Hills, MI 48331**
**(248) 987-8929**
**keithaltman@kaltmanlaw.com**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JANE DOE,**<br><br>                    **PLAINTIFF,**<br><br>**V.**<br><br>**MOREHOUSE SCHOOL OF MEDICINE, et al.**<br><br>                    **DEFENDANTS.** | Case No. :    1:20-cv-02817-ELR<br>Hon:           Eleanor L. Ross |

### NOTICE OF LIEN

**TO ALL INTERESTED PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that the undersigned law firm, The Law Office of Keith Altman, is formerly the attorneys of record herein for Plaintiff, JANE DOE, but has been relieved as said party's attorney of record by substitution of attorney.

**PLEASE TAKE FUTHER NOTICE** that by virtue of written fee agreement with said parties and pursuant to Georgia Code § 15-19-14, the undersigned law firm, The Law Office of Keith Altman, has and claims a lien ahead of all others on the said party's claims and causes of action asserted herein, and on any judgment or settlement rendered in favor of Plaintiff, JANE

DOE, to secure payment for legal services rendered and costs and expenses advanced on their behalf, all in accordance with the terms of the attorney-client retainer agreement.

Dated: April 5, 2022    Respectfully submitted,

THE LAW OFFICE OF KEITH ALTMAN

By:    */s/ Keith Altman*
Keith Altman, Esq. (P81702)
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48331
(248) 987-8929
keithaltman@kaltmanlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby states that on April 5, 2022, he caused the foregoing document to be filed electronically with the United States District Court for the Northern District of Georgia and that a copy of said document was sent to all counsel of record through the CM/ECF system.

*/s/ Keith Altman*