# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE, | |
|     Plaintiff, | CIVIL ACTION FILE NO.: |
| v. | 1:20-CV-02817-ELR |
| MOREHOUSE SCHOOL OF MEDICINE, DR. VALERIE MONTGOMERY RICE, DR. NGOZI ANACHEBE, MARLA THOMPSON, AND JOHN DOES 1-25, | |
|     Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nakimuli Davis-Primer, Esq. with the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC enters her appearance as counsel for Defendants Morehouse School of Medicine, Inc., Dr. Valerie Montgomery Rice, Dr. Ngozi Anachebe, and Marla Thompson.

This the 17th day of May, 2022.

                                                        BAKER, DONELSON, BEARMAN,
                                                        CALDWELL & BERKOWITZ, P.C.

                                                        */s/ Nakimuli Davis-Primer*
                                                        NAKIMULI DAVIS-PRIMER
                                                        GA Bar No. 870246

        Baker, Donelson, Bearman, Caldwell &
        Berkowitz, PC
        One Eastover Center
        100 Vision Drive, Suite 400
        Jackson, MS 39211
        Telephone: (601) 973-3612
        Facsimile: (601) 714-9912
        Email: ndavisprimer@bakerdonelson.com

*Attorney for Morehouse School of Medicine, Inc., Dr. Valerie Montgomery Rice, Dr. Ngozi Anachebe, and Marla Thompson*

## CERTIFICATION OF FONT

I hereby certify that the foregoing document has been prepared in 14-point Times New Roman font and complies with Local Rule 5.1(C), NDGA.

This 17th day of May, 2022.

                                 */s/ Nakimuli Davis-Primer*
                                 NAKIMULI DAVIS-PRIMER

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

This 17th day of May, 2022.

                                 BAKER, DONELSON, BEARMAN,
                                   CALDWELL & BERKOWITZ, P.C.

                                 */s/ Nakimuli Davis-Primer*
                                 NAKIMULI DAVIS-PRIMER
                                 GA Bar No. 870246

                                 *Attorney for Morehouse School of Medicine, Inc., Dr. Valerie Montgomery Rice, Dr. Ngozi Anachebe, and Marla Thompson*

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS 39211
Telephone: (601) 973-3612
Facsimile: (601) 714-9912
Email: ndavisprimer@bakerdonelson.com