# UNITED STATES DISTRICT COURT

**NORTHERN** District of **GEORGIA**

JANE DOE,
        Plaintiff(s),

V.

MOREHOUSE SCHOOL OF MEDICINE, et al.,
        Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:20-CV-02817-ELR

Notice is hereby given that, subject to approval by the court, **Plaintiff Jane Doe** (Party(s) Name) substitutes **Elizabeth Cannon** (Name of New Attorney), State Bar No. **320743**, as counsel of record in place of **Keith Altman and Odis Williams** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: Elizabeth Cannon Attorney at Law
- Address: 4290 Bells Ferry Road, NW Ste 134-74, Kennesaw, Georgia 30144
- Telephone: (404) 274-3900     Facsimile: (888) 727-7174
- E-Mail (Optional): ecannonlaw385@gmail.com

I consent to the above substitution.
Date: 3/24/2022
*Bianca Caprirolo* (Signature of Party(s))

I consent to being substituted.
Date: 5-9-2022
*[signature]* (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 3/24/2022
Elizabeth Cannon — Digitally signed by Elizabeth Cannon, Date: 2022.03.24 02:41:34 -04'00'
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
        Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**