# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

JANE DOE.

        Plaintiff,

v.

MOREHOUSE SCHOOL OF
MEDICINE, DR. VALERIE
MONTGOMERY RICE, DR. NGOZI
ANACHEBE, MARLA THOMPSON,
AND JOHN DOES 1-25.

        Defendants.

CIVIL ACTION FILE NO.:
1:20-CV-02817-ELR

## ENTRY OF APPEARANCE AND
## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW Jonathan Stuart, Esq., of the firm Baker, Donelson, Bearman, Caldwell & Berkowitz, PC ("Baker Donelson") and files this Entry of Appearance and Notice of Substitution of Counsel, for Defendant The Morehouse School of Medicine, Inc. ("MSM"), Dr. Valerie Montgomery Rice, Dr. Ngozi Anachebe, and Marla Thompson in place of Tanisha Pinkins, Esq., who is no longer with Baker Donelson. Tanisha Pinkins, Esq. is withdrawing as counsel of record for Defendants with their knowledge and consent.

Substituted counsel of record's address, bar number, telephone number, facsimile number, and email address are as follows:

Jonathan Stuart, Esq.
Georgia Bar No: 337053
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Monarch Plaza, Suite 15
3414 Peachtree Road, N.E.
Atlanta, Georgia 30326
Telephone: (404) 489-3411
Facsimile: (678) 406-8816
Email: jstuart@bakerdonelson.com

All further pleading, orders, and notices should be sent to substitute counsel effective as of the date of this filing.

Respectfully submitted this 19th day of May, 2022.

                BAKER, DONELSON, BEARMAN,
                 CALDWELL & BERKOWITZ, P.C.

                */s/ Jonathan Stuart*
                JONATHAN STUART, ESQ.

                *Attorney for Morehouse School of Medicine, Inc., Dr. Valerie Montgomery Rice, Dr. Ngozi Anachebe, and Marla Thompson*

                JONATHAN STUART
                GA BAR No. 337053
                BAKER, DONELSON, BEARMAN,
                CALDWELL & BERKOWITZ, P.C.
                Monarch Plaza, Suite 15
                3414 Peachtree Road NE
                Atlanta, GA 30326
                Telephone: (404) 589-3411

Facsimile:  (678) 406-8816
Email: jstuart@bakerdonelson.com

NAKIMULI DAVIS-PRIMER
GA BAR NO. 870246
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS 39211
Telephone: (601) 973-3612
Facsimile: (601) 714-9912
Email: ndavisprimer@bakerdonelson.com

*Attorneys for Morehouse School of Medicine, Inc., Dr. Valerie Montgomery Rice, Dr. Ngozi Anachebe, and Marla Thompson*

## CERTIFICATION OF FONT

I hereby certify that the foregoing document has been prepared in 14-point Times New Roman font and complies with Local Rule 5.1(C), NDGA.

This 19th day of May, 2022.

/s/ Jonathan Stuart
JONATHAN STUART, ESQ.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing *Entry of Appearance and Notice of Substitution* via the Court's ECF filing notification which will automatically send an electronic copy of the foregoing to all counsel of record.

This 19th day of May, 2022.

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.

/s/ Jonathan Stuart
JONATHAN STUART, ESQ.

*Attorney for Morehouse School of Medicine, Inc., Dr. Valerie Montgomery Rice, Dr. Ngozi Anachebe, and Marla Thompson*